JOSEPH M. BURTON (SBN 142105)
LINA M. BRENNER (SBN 191075)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Telephone: 415-371-2200
Facsimile: 415-371-2201
jmburton@duanemorris.com
lmbrenner@duanemorris.com

GREGORY P. GULIA (*Pro Hac Vice* Application Pending)
CHRISTINA S. KIM (*Pro Hac Vice* Application Pending)
DUANE MORRIS LLP
380 Lexington Avenue
New York, New York 10168
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
gpgulia@duanemorris.com
cskim@duanemorris.com

Attorneys for Plaintiff
BEN & JERRY'S HOMEMADE HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO DIVISION)**

| | |
|---|---|
| BEN & JERRY'S HOMEMADE HOLDINGS, INC., | Case No.: 2:05 CV-01760-DFL-KJM |
| Plaintiff, | **JOINT MOTION SEEKING EXTENSION OF DEADLINE FOR FILING JOINT STATUS REPORT AND [PROPOSED] ORDER** |
| v. | |
| RAY CAMMACK SHOWS, INC., BEN PICKETT AND JOY PICKETT, | |
| Defendants. | |

WHEREAS, the Court entered an order on September 2, 2005 requiring that plaintiff Ben & Jerry's Homemade Holdings, Inc. and defendants Ray Cammack Shows, Inc., Ben Pickett and Joy Pickett (collectively referred to hereinafter as the "Parties") file a Joint Status Report within sixty (60) days of service of the Complaint;

WHEREAS, plaintiff Ben & Jerry's Homemade Holdings, Inc. filed its Complaint (Case No. 2:05-CV-01760 (DFL)(KJM)) against defendants on September 1, 2005;

WHEREAS, defendants were served with the Complaint on September 2, 2005;

WHEREAS, the Parties have been engaged in meaningful settlement discussions and have reached a settlement in principle;

WHEREAS, the Parties agree that a thirty-day extension of time to submit a Joint Status Report would allow the parties to negotiate and finalize the terms of the settlement agreement;

WHEREAS, there have been no previous requests for an extension of time;

THEREFORE, the Parties and their respective counsel respectfully request that the deadline for the filing of a Joint Status Report be extended for thirty days.

Respectfully submitted,
DUANE MORRIS LLP

Dated: November 1, 2005         BY:      /s/      Lina M. Brenner
                                Joseph M. Burton (State Bar No. 142105)
                                Lina M. Brenner (State Bar No. 191075)
                                DUANE MORRIS LLP
                                One Market Street, Spear Tower
                                San Francisco, CA 94105-1104

                                Gregory P. Gulia (*Pro Hac Vice* Application Pending)
                                Christina S. Kim (*Pro Hac Vice* Application Pending)
                                DUANE MORRIS LLP
                                380 Lexington Avenue
                                New York, NY 10168-0002

                                Attorneys for Plaintiff
                                Ben & Jerry's Homemade Holdings, Inc.

|   |   |
|---|---|
|   | GARRETT AND JENSEN |
| Dated: November 1, 2005 | BY:   /s/   Boyd F. Jensen |

Boyd F. Jensen II State Bar No. 91058
433 Civic Center Drive West
Santa Ana, CA 92701-4550

Attorney for Defendants
Ray Cammack Shows, Inc., Ben Pickett and Joy Pickett

## ORDER

IT IS SO ORDERED.

November 1, 2005.                           **/s/ David F. Levi**
                                            HON. DAVID F. LEVI
                                            United States District Court Judge
                                            Eastern District of California