JOSEPH M. BURTON (SB No. 142105)
LINA M. BRENNER (SB No. 191075)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Telephone:  415-371-2200
Facsimile:  415-371-2201
jmburton@duanemorris.com
lmbrenner@duanemorris.com


GREGORY P. GULIA
CHRISTINA S. KIM
DUANE MORRIS LLP
380 Lexington Avenue
New York, New York 10168
Telephone:  (212) 692-1000
Facsimile:  (212) 692-1020
gpgulia@duanemorris.com
cskim@duanemorris.com

Attorneys for Plaintiff
BEN & JERRY'S HOMEMADE HOLDINGS, INC.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### (SACRAMENTO DIVISION)

| | |
|---|---|
| BEN & JERRY'S HOMEMADE HOLDINGS, INC., | Case No.: 2:05 CV-01760-DFL-KJM |
| Plaintiff, | **JOINT MOTION SEEKING EXTENSION OF DEADLINE FOR FILING JOINT STATUS REPORT AND [PROPOSED] ORDER** |
| v. | |
| RAY CAMMACK SHOWS, INC., BEN PICKETT AND JOY PICKETT, | |
| Defendants. | |

JOINT MOTION SEEKING EXTENSION OF DEADLINE FOR FILING JOINT STATUS REPORT          No. CV-01760 DFL KJM

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, the Court entered an order on September 2, 2005 requiring that plaintiff Ben &
2    Jerry's Homemade Holdings, Inc. and defendants Ray Cammack Shows, Inc., Ben Pickett and Joy
3    Pickett (collectively referred to hereinafter as the "Parties") file a Joint Status Report within sixty
4    (60) days of service of the Complaint;

5    WHEREAS, plaintiff Ben & Jerry's Homemade Holdings, Inc. filed its Complaint (Case No.
6    2:05-CV-01760 (DFL)(KJM)) against defendants on September 1, 2005;

7    WHEREAS, defendants were served with the Complaint on September 2, 2005;

8    WHEREAS, the Parties have been engaged in meaningful settlement discussions and have
9    reached a settlement in principle;

10   WHEREAS, the Parties requested a first extension of time on November 1, 2005, a second
11   extension of time on December 1, 2005 and a third extension of time on December 31, 2005 to allow
12   the parties to negotiate the terms of the settlement agreement, and the Court granted the Parties'
13   requests for an extension of time on November 1, 2005, December 2, 2005 and January 3, 2006
14   respectively;

15   WHEREAS, the Parties expect to finalize and execute the settlement agreement within the
16   next week, which has been delayed due to the Parties' schedules, and the Parties agree that
17   additional time to submit a Joint Status Report would allow the Parties to exchange executed copies
18   of the settlement agreement;
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1

JOINT MOTION SEEKING EXTENSION OF DEADLINE FOR FILING JOINT STATUS REPORT         No. CV-01760 DFL KJM

1    THEREFORE, the Parties and their respective counsel respectfully request that the deadline

2  for the filing of a Joint Status Report be extended for thirty days.

3                                          Respectfully submitted,

4

5  DUANE MORRIS LLP

   Dated: February 3, 2006          BY:      /s/    Lina M. Brenner
6
                                          Joseph M. Burton (State Bar No. 142105)
7                                         Lina M. Brenner (State Bar No. 191075)
                                          One Market Street, Spear Tower
8                                         San Francisco, CA 94105-1104

9
                                          Gregory P. Gulia
10                                        Christina S. Kim
                                          380 Lexington Avenue
11                                        New York, NY 10168-0002

12                                        Attorneys for Plaintiff
                                          Ben & Jerry's Homemade Holdings, Inc.
13
                                          GARRETT AND JENSEN
14
   Dated: February 3, 2006          BY:      /s/    Boyd F. Jensen
15
                                          Boyd F. Jensen II (State Bar No. 91058)
16                                        433 Civic Center Drive West
                                          Santa Ana, CA 92701-4550
17
                                          Attorney for Defendants
18                                        Ray Cammack Shows, Inc., Ben Pickett and Joy Pickett

19
                                          **<u>ORDER</u>**
20
        IT IS SO ORDERED**.**
21

22  February 6, 2006.                         **/s/ David F. Levi**
                                          HON. DAVID F. LEVI
23                                        United States District Court Judge
                                          Eastern District of California
24

25

26

27

28

JOINT MOTION SEEKING EXTENSION OF DEADLINE FOR FILING JOINT STATUS REPORT          No. CV-01760 DFL KJM

PDF created with pdfFactory trial version www.pdffactory.com