Joseph M. Burton (State Bar No. 142105)
Lina M. Brenner (State Bar No. 191075)
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Tel. 415-371-2200
Fax 415-371-2201

Gregory P. Gulia
Christina S. Kim
380 Lexington Avenue
New York, NY 10168-0002
Tel. 212-692-1000
Fax 212-692-1020

Attorneys for Plaintiff
BEN & JERRY'S HOMEMADE HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| BEN & JERRY'S HOMEMADE HOLDINGS, INC.: <br><br> **Plaintiff,** <br><br> **v.** <br><br> RAY CAMMACK SHOWS, INC., BEN PICKETT AND JOY PICKETT <br><br> **Defendants.** | **Case No.: 2:05-CV-1760 DFL KJM** <br><br> **STIPULATION OF DISMISSAL** |

　　　　WHEREAS, the parties entered into a settlement agreement effective March 6, 2006 to settle this civil action (the "Settlement Agreement");

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of the plaintiff are hereby dismissed without prejudice;

　　　　IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement after this action is dismissed and the parties

1

PDF created with pdfFactory trial version www.pdffactory.com

consent to this Court's exercise of jurisdiction to enforce the Settlement Agreement and agree that venue is proper in this Judicial District.

Dated: March 7, 2006

                                        DUANE MORRIS LLP

                                        By:_____/s/  Lina M. Brenner_____
                                               Joseph M. Burton
                                               Lina M. Brenner
                                               One Market, Spear Tower, Suite 2000
                                               San Francisco, CA 94105-1104

                                               Gregory P. Gulia
                                               Christina S. Kim
                                               380 Lexington Avenue
                                               New York, NY 10168-0002

                                               Attorneys for Plaintiff
                                               Ben & Jerry's Homemade Holdings, Inc.

                                        GARRETT & JENSEN

                                        By:_____/s/____Boyd F. Jensen_____
                                               Boyd F. Jensen II
                                               433 Civic Center Drive West
                                               Santa Ana, CA 92701-4550

                                               Attorney for Defendants Ray Cammack
                                               Shows, Inc., Ben Pickett and Joy Pickett

SO ORDERED:

_____
DAVID F. LEVI
Chief United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com